842

No. 735. DELGADO ET AL. *v.* CENTRAL CAMBALACHE, INC. ET AL. March 31, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Ulpiano Crespo, Jr.* for petitioners. *E. T. Fiddler* for respondents.

No. 859. HARTMANN, EXECUTOR, *v.* UNITED STATES. March 31, 1947. Petition for writ of certiorari to the Court of Claims denied. *Zeamore A. Ader* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Sonnett, John Ford Baecher, Paul A. Sweeney* and *Oscar H. Davis* for the United States.

Nos. 968 and 969. WHITE *v.* ILLINOIS EX REL. MARTIN ET AL. March 31, 1947. Petition for writs of certiorari to the Appellate Court, First District, of Illinois, denied. *Joseph I. Bulger* and *Ode L. Rankin* for petitioner.

No. 975. UNITED STATES EX REL. REICHEL *v.* CARUSI, COMMISSIONER OF IMMIGRATION & NATURALIZATION SERVICE. March 31, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Francis Fisher Kane* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Sonnett, Frederick Bernays Wiener* and *Thomas M. Cooley, II,* for respondent.

No. 994. ROKEY ET AL. *v.* DAY & ZIMMERMANN, INC. March 31, 1947. Petition for writ of certiorari to the